# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| METSA BOARD AMERICAS CORPORATION, NORCELL, INC., IGGESUND PAPERBOARD AB AND IGGESUND PAPERBOARD, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>PENN WAREHOUSING & DISTRIBUTION, INC.,<br><br>    Defendant. | Civil Action No. 16-1075 |

## NOTICE OF DISMISSAL BY PLAINTIFF NORCELL, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(I)

Plaintiff Norcell, Inc. by and through its undersigned counsel, hereby dismisses with prejudice its claims in the within action against Defendant Penn Warehousing Distribution, Inc. pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Dated: October 4, 2016

**DUANE MORRIS LLP**
A Delaware Limited Liability Partnership

By:   /s/ Jeffrey S. Pollack
      Jeffrey S. Pollack (91888)
      30 South 17th Street
      Philadelphia, PA 19103-4196
      Tel.: (215) 979-1299
      Facsimile: (215) 689-4942
      jspollack@duanemorris.com

      Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Jeffrey S. Pollack certify that on this 4th day of October, 2016, a true and correct copy of the foregoing was served via first-class mail postage pre-paid:

> Marc I Kunkin, Esq.
> Hill Rivkins LLP
> 45 Broadway, Suite 1500
> New York, N.Y. 10006-3739
>
> *Attorneys for Defendant*

s/ Jeffrey S. Pollack
Jeffrey S. Pollack